**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00152-CV**
_____

**YAKIA S. DELGADO, Appellant**

**V.**

**OSCAR DELGADO JR., Appellee**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-04-05734-CV**

_____

**MEMORANDUM OPINION**

On April 24, 2024, Yakia S. Delgado filed a notice of appeal from an order denying a protective order. But after perfecting her appeal Delgado failed to file a brief.

On September 9, 2024, the Clerk of the Ninth Court of Appeals notified the parties that Delgado had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by September 19, 2024, Delgado submitted a brief and a motion to extend the deadline to file her brief. We warned Delgado that

1

if the Court submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On September 20, 2024, the Clerk notified the parties that on October 11, 2024, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Delgado has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss Delgado's appeal for want of prosecution. *See id*. 38.8(a)(1); 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 11, 2024
Opinion Delivered October 24, 2024

Before Golemon, C.J., Wright and Chambers, JJ.